IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY CARL HINKLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-909 |
| | : | |
| LEHIGH COUNTY, et al. | : | |

**ORDER**

AND NOW, this 15th day of October, 2012, upon careful and independent consideration of Petitioner Randy Carl Hinkley's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Hinkley's objections thereto, it is ORDERED:

1. Hinkley's objections to the Report and Recommendation are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED for the reasons set forth in the accompanying Memorandum;

3. The petition for a writ of habeas corpus is DISMISSED; and

4. There is no probable cause to issue a certificate of appealability.

The Clerk of the Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.